IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01634-ZLW

SANFORD B. SCHUPPER,

Plaintiff,

v.

WILLIAM EDIE,
ROBYN CAFASSO,
JEANNE SMITH,
DAVID ZOOK,
JOHN NEWSOME,
LINDA DIX, all in their individual and official capacities,
BOARD OF COMMISSIONERS, EL PASO COUNTY, COLORADO,
JOHN DOE,
JANE DOE, and
DOES I-X,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff, Sanford B. Schupper, filed *pro se* on September 8, 2008, a motion titled "Motion for Reconsideration on Order and Judgment of Dismissal" asking the Court to reconsider and vacate the Order of Dismissal and Judgment filed in this action on August 28, 2008. Also on September 8, he filed an amended complaint.

The Court must construe the motion for reconsideration liberally because Mr. Schupper is proceeding *pro se*. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion for reconsideration will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

The August 28, 2008, Order of Dismissal and Judgment dismissed this action without prejudice as barred by the rule in *Heck v. Humphrey*, 512 U.S. 477 (1994). The instant motion to reconsider was filed on September 8, 2008. Mr. Schupper filed the motion to reconsider within ten days of the final judgment in the instant action. *See* Fed. R. Civ. P. 6(a). The motion for reconsideration properly is filed as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e).

A motion to alter or amend that reiterates issues originally raised in the application and that seeks to challenge the legal correctness of the court's judgment by arguing that the district court misapplied the law or misunderstood the litigant's position correctly is asserted pursuant to Fed. R. Civ. P. 59(e). *See Van Skiver*, 952 F.2d at 1244. Upon consideration of the motion to reconsider and the entire file, the Court finds and concludes that Mr. Schupper fails to demonstrate some reason why the Court should alter or amend the August 28, 2008, Order of Dismissal and Judgment in this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Motion for Reconsideration on Order and Judgment of Dismissal" submitted to and filed with the Court *pro se* on September 8,

2

2008, by Plaintiff, Sanford B. Schupper, and which the Court has construed liberally as a motion pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, is denied. It is

FURTHER ORDERED that the amended complaint that Mr. Schupper filed with the Court on September 9, 2008, will not be considered, and is dismissed without prejudice.

DATED at Denver, Colorado, this 17 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01634-BNB

Sandford B. Schupper
Prisoner No. 114036
964 Burning Bush Point
Monument, CO 80132

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk